UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATRIX ESSENTIALS, INC.,

                        Plaintiff,          **ORDER**
                                                          CV90-1070 (LDW) (WDW)

    -against-

QUALITY KING DISTRIBUTORS, INC.,
BERNARD NUSSDORF, GLENN NUSSDORF,
and STEPHEN NUSSDORF,

                        Defendants,

RUTH NUSDORF, PRO'S CHOICE BEAUTY
CARE, INC. and GSN TRUCKING CORP.,

                        Non-Party Respondents
------------------------------------------------------------X

**WALL, Magistrate Judge:**

Before the court is a motion by the plaintiff to compel non-party M.J. Blick & Associates to comply with a document subpoena. The motion is granted. M.J. Blick & Associates argues both that the document request is "grossly overbroad" and that it has already produced all documents responsive to the subpoena. The court does not find the request to be overbroad, and whatever M.J. Blick may or may not have already produced in this or related proceedings, that production does not excuse the necessity of a formal response to the subpoena. M.J. Blick must respond to the subpoena on or before October 10, 2005. The court declines to award costs and fees to either party on this motion.

Dated: Central Islip, New York          **SO ORDERED:**
       September 30, 2005


                                                     /s/ William D. Wall
                                                    WILLIAM D. WALL
                                                    United States Magistrate Judge