UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MATRIX ESSENTIALS, INC.,

        Plaintiff,    **ORDER**
                CV90-1070 (LDW) (WDW)

  -against-

QUALITY KING DISTRIBUTORS, INC.,
BERNARD NUSSDORF, GLENN NUSSDORF,
and STEPHEN NUSSDORF,
        Defendants,

RUTH NUSSDORF, PRO'S CHOICE BEAUTY
CARE, INC. and GSN TRUCKING CORP.,
        Non-Party Respondents
-------------------------------------------------------------X

**WALL, Magistrate Judge:**

  Before the court is a motion by Pro's Choice Beauty Care, Inc. to compel a response to a non-party subpoena served on Emiliani Enterprises. [#112] The motion is denied. This court does not have jurisdiction over any motion to compel the subpoena because it was "issued by" the District Court of New Jersey and any motions to compel or quash must be made to that court. See Fed. R. Civ. P. 45.

Dated: Central Islip, New York    **SO ORDERED:**
    March 9, 2006

                 /s/ William D. Wall
                 WILLIAM D. WALL
                 United States Magistrate Judge