BEFORE: WILLIAM D. WALL                        DATE: 6/21/06

UNITED STATES MAGISTRATE JUDGE                  TIME: 2:00 PM

DOCKET NO.  CV 90-1070            ASSIGNED JUDGE: WEXLER

CASE NAME: MATRIX ESSENTIALS INC. V. QUALITY KING DISTRIBUTORS, INC. ET AL.

_____ CIVIL CONFERENCE

Initial _____  Status _____  Settlement _____  Pretrial ___X___

Other:_____

APPEARANCES:     Plaintiff        Thomas Canova, Jack Fitzgerald

_____ Fernando Bohorquez

                 Defendant        Linda Margolin, Jeffrey Powell

                                  Andre Cizmarik, Anthony Viola


SCHEDULING:

1.     The next _____ conference will be held on _____.


THE FOLLOWING RULINGS WERE MADE: Plaintiff's June 5, 2006 Motion to Quash is
DENIED as to the BSG 30 (b) (6) deposition.  The court reserves decision on that branch of the
motion dealing with the Emiliani or New Jersey deposition pending a ruling from the District
Court of New Jersey.
        The Non-party Respondents Pro's Choice motion dated June 15, 2006 is DENIED
without prejudice, subject to a ruling on the contempt motion before Judge Kaplan.
        Mr. Ezerins deposition shall be completed no later than July 18, 2006.
        Although the joint proposed pretrial order substantially complies with Judge
Wexler's Individual Practices the parties have requested an opportunity to submit an amended
order.  That order shall be submitted to this court no later than July 17, 2006.  All other rulings
are contained on today's record.


                            SO ORDERED


                             /s/ William D. Wall_____
                            WILLIAM D. WALL
                            United States Magistrate Judge