UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MATRIX ESSENTIALS,

                                                     MEMORANDUM AND ORDER

                Plaintiff,                      CV 90-1070

    -against-                              (Wexler, J.)

QUALITY KING DISTRIBUTORS, INC.,
BERNARD NUSSDORF, GLEN
NUSSDORF, and STEPHEN NUSSDORF,

                Defendants.
-------------------------------------------------------X

APPEARANCES:

    BAKER & HOSTETLER, LLP.
    BY: GEORGE STAMBOULIDIS, ESQ.
        FERNANDO BOHORQUEZ, ESQ.
        THOMAS A. CANOVA. ESQ.
        JACK FITZGERALD, ESQ.
    Attorneys for Plaintiff
    666 Fifth Avenue
    New York, New York 10103

    BRACKEN, MARGOLIN & GOUVIS, LLP
    BY: LINDA MARGOLIN, ESQ.
        JEFFREY D. POWELL, ESQ.
    Attorneys for Defendant Quality King Distributors, Inc.
    One Suffolk Square, Suite 300
    1601 Veterans Memorial Highway
    Islandia, New York 11749-1543

    EDWARDS & ANGELL, LLP
    BY: ANTHONY J. VIOLA, ESQ.
        ANDRE K. CIZMARIK, ESQ.
    Attorneys for Pro's Choice and Ruth Nussdorf
    750 Lexington Avenue
    New York, New York 10022

    TOFEL, PARTNERS, LLP
    BY: LAWRENCE E. TOFEL, ESQ.

Attorneys for Marcy Blick
800 Third Avenue
New York, New York 10022

WEXLER, District Judge

Upon conclusion of the first phase of this non-jury trial, this court enters the following order.

Counsel for Plaintiff is to advise the court, within two weeks of the date of this order, as to whether there is additional information to provide to the court with respect to specific questions raised by the court regarding the 1990 marketplace. In the event that there is such additional information, the court will schedule a hearing as necessary;

The parties are directed to simultaneously submit proposed Findings of Fact and Conclusions of Law to the court on March 2, 2007. Each of the Findings and Conclusions are not to exceed twenty-five pages in length (exclusive of exhibits);

Findings of Fact and Conclusions of Law are to be filed electronically and courtesy copies are to be provided to the court;

The parties are requested to prepare a joint binder of exhibits admitted during the trial for submission to the court;

All pending in limine motions are denied as moot, to the extent that they pertain to the issued tried, and without prejudice to renew, to the extent that they pertain to issues that have not yet been tried;

All pending summary judgment motions are denied.

In view of the foregoing, the Clerk of the Court is directed to terminate all pending

motions herein.

SO ORDERED.

/s/ Leonard D. Wexler
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
January 19, 2007